

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:  01-13-00168-CR

Trial Court Cause
Number:  1239111

Style:  Carl Edmond Yancy

**v** The State of Texas

Date motion filed[*]:  August 6, 2014

Type of motion:  Motion for Suspension of Texas Rule of Appellate Procedure 9.3 (regarding number of copies to be filed)

Party filing motion:  Appellant

Document to be filed:

Is appeal accelerated? ☐ Yes  ☐ No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:
    Date Requested:

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other:

Judge's signature: /s/ Terry Jennings
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date:  August 14, 2014